IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, THE CHICAGO ) <br> LABORERS' DISTRICT COUNCIL RETIREE ) <br> HEALTH AND WELFARE FUND and JAMES ) <br> S. JORGENSEN, Administrator of the Funds, ) <br>                 Plaintiffs, ) <br>   v.                              ) <br>                                   ) <br> M2 CONSTRUCTION, INC., an Illinois ) <br> corporation, ) <br>                 ) <br>                 Defendant. ) | Case No.: 15 C 8315 <br><br> Judge: DURKIN |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT IN SUM CERTAIN**

Now come Plaintiffs, Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and James S. Jorgensen, not individually, but as Administrator of the Funds (hereinafter collectively the "Funds"), by and through their attorney, John Hamada, and hereby move this Court to enter Default Judgment in Sum Certain against Defendant M2 Construction, Inc., (hereinafter the "Company" or "Defendant"). In support of this Motion, Plaintiffs state as follows:

    1.    Plaintiffs filed their Complaint on September 22, 2015 seeking to compel the Defendant to submit its benefits reports and contributions, including liquidated damages and interest, for the time period of June 2015 forward; to submit dues reports

and contributions for the time period of February 2015 forward and to obtain and maintain a surety bond in accordance with the collective bargaining agreement.

2. Service of Summons and Complaint was effectuated on the Defendant Company on September 24, 2015.

3. The Defendant failed to file an answer or otherwise plead, and this Court accordingly found Defendant in default on November 18, 2015.

4. Defendant submitted to an audit for the time period of January 2, 2015 through March 31, 2016.

5. The amounts due and owing pursuant to the audit are set forth in the Affidavit of Joseph Gilleran filed contemporaneously herewith and included in Funds' Prove Up documents as Exhibit A. As set forth in that Affidavit, pursuant to the audit, the Agreement, and the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to delinquent benefits and dues contributions, liquidated damages, and interest. See Exhibit A, ¶¶ 1 through 5.

6. Pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to judgment in the amount of $84,255.54 against the Defendant as follows:

    a. $79,187.54 in delinquent benefits and dues contributions for the audit period of January 2, 2015 through March 31, 2016, including liquidated damages, interest, and audit costs; see Exhibit A, ¶ 5; and

b. $5,068.00 in attorneys' fees and costs as set forth in the Declaration of John Hamada filed contemporaneously herewith and included in Funds' Prove Up documents as Exhibit B.

WHEREFORE, Plaintiffs respectfully request that judgment be entered in Plaintiffs' favor and against Defendant M2 Construction, Inc., in the amount of $84,255.54 as follows:

A. $79,187.54 in delinquent benefits and dues contributions for the audit period of January 2, 2015 through March 31, 2016, including liquidated damages, interest, and audit costs;

B. $5,068.00 in attorneys' fees and costs;

C. Ordering Defendant to obtain and maintain a surety bond; and

D. Ordering Defendant to pay post judgment interest in all amounts due from the date of judgment until the judgment is satisfied.

August 29, 2016                                                    Respectfully submitted,
Laborers' Pension Fund, et al.

By: /s/ Kelly Carson

Kelly Carson
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## CERTIFICATE OF SERVICE

      The undersigned attorney of record certifies that she caused a copy of the foregoing Motion for Entry of Default Judgment in Sum Certain, and proposed Order to be served upon the following individual on August 29, 2016, via US Mail, postage pre-paid.

    M2 Construction, Inc.
    c/o Ramon Calderon, President
    2646 W. Augusta Blvd.
    Chicago, IL 60622

                                                    /s/ Kelly Carson